UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOEL CAPLIN, Individually and on Behalf ) <br> of All Others Similarly Situated, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TRANS1, INC., KENNETH REALI, JOSEPH P. ) <br> SLATTERY, RICHARD RANDALL and ) <br> MICHAEL LUETKEMEYER, ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:12-CV-23-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that TranS1's motion to dismiss is ALLOWED and the amended complaint is DISMISSED WITH PREJUDICE. TranS1's motion to modify case caption is DENIED AS MOOT. The parties various requests for judicial notice are ALLOWED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on September 19, 2013, and Copies To:**

Jonathan D. Sasser (via CM/ECF Notice of Electronic Filing)
Gary W. Jackson (via CM/ECF Notice of Electronic Filing)
Thomas Hamilton Segars (via CM/ECF Notice of Electronic Filing)
Marcus Samuel McGee (via CM/ECF Notice of Electronic Filing)
Jeremy A. Lieberman (via CM/ECF Notice of Electronic Filing)
Stephen L. Ram (via CM/ECF Notice of Electronic Filing)
John F. Cannon (via CM/ECF Notice of Electronic Filing)
Aaron C. Humes (via CM/ECF Notice of Electronic Filing)
Tamar A. Weinrib (via CM/ECF Notice of Electronic Filing)

DATE                                        JULIE A. RICHARDS, CLERK
September 19, 2013                 /s/ Susan K. Edwards
                                                        (By) Susan K. Edwards, Deputy Clerk