UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:12-cv-23-F

PHILLIP J. SINGER, Individually and on Behalf of All Other Persons Similarly Situated,

Plaintiffs,

v.

TRANS1, INC., KENNETH REALI, JOSEPH P. SLATTERY, RICAHRD RANDALL, and MICHAEL LUETKEMEYER,

Defendants.

**ORDER**

This matter is before the Court on the parties' Joint Motion for Order Modifying Existing Briefing Schedule [DE -58] for any motion directed toward Plaintiffs' Second Amended Complaint. The Court has reviewed the parties' joint motion and finds good cause to GRANT the extensions of time requested in that motion and establish a revised briefing schedule so that this action can proceed on an orderly and efficient basis.

IT IS THEREFORE ORDERED that the parties' Joint Motion is GRANTED and that the following revised briefing schedule is HEREBY ESTABLISHED:

(a) Defendants may file a pleading or motion and supporting memorandum of law in response to the Second Amended Complaint on or before July 3, 2014 – fifty-nine (59) days from the docketing of the Second Amended Complaint;

(b) Plaintiffs may file their memorandum of law in opposition to any such motion filed by Defendants within sixty (60) days of service of the motion by Defendants; and

-1-

(c) Defendants may file any memorandum of law in reply to Plaintiffs' memorandum of law in opposition within thirty (30) days of service of the memorandum by Plaintiffs.

SO ORDERED, this, the 18 day of June, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge