IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:12-CV-23-D

| | |
|---|---|
| PHILLIP J. SINGER, Individually and on Behalf of All Other Persons Similarly Situated | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TRANS1, INC., KENNETH REALI, JOSEPH P. SLATTERY, RICHARD RANDALL, and MICHAEL LUETKEMEYER, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER STAYING PROCEEDINGS PENDING COMPLETION OF SETTLEMENT

Upon joint motion of Lead Plaintiff Phillip J. Singer and Defendants TranS1, Inc., Kenneth Reali, Joseph P. Slattery, Richard Randall, and Michael Luetkemeyer for an Order staying all proceedings in this action until May 15, 2018, and for good cause shown, the Court hereby Orders as follows:

1. The joint motion should be and hereby is GRANTED.

2. All further proceedings in this action are hereby STAYED, and all pending deadlines held in abeyance until May 15, 2018, or earlier Order of this Court.

3. On or before May 15, 2018, the parties shall file with the Court a motion for preliminary approval of their settlement and any such other papers as may be necessary for the Court's consideration of that settlement.

SO ORDERED, this the 16 day of April, 2018.

                                               *Dever*
                               The Honorable James C. Dever, III
                               Chief United States District Judge
                               Eastern District of North Carolina