IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:12-CV-23-D

PHILLIP J. SINGER, Individually and on )
Behalf of All Other Persons Similarly )
Situated )
)
          Plaintiff, )
)
v. )
)
TRANS1, INC., KENNETH REALI, )
JOSEPH P. SLATTERY, RICHARD )
RANDALL, and MICHAEL )
LUETKEMEYER, )
)
          Defendants.

## ORDER EXTENDING STAY OF PROCEEDINGS PENDING COMPLETION OF SETTLEMENT AND FILING OF MOTION FOR PRELIMINARY APPROVAL

Upon joint motion of Lead Plaintiff Phillip J. Singer and Defendants TranS1, Inc., Kenneth Reali, Joseph P. Slattery, Richard Randall, and Michael Luetkemeyer for an Order extending the stay of all proceedings in this action for a period of one week, up to and including May 22, 2018 [D.E. ___], and for good cause shown, the Court hereby Orders as follows:

1. The joint motion should be and hereby is GRANTED.

2. All proceedings in this action are hereby STAYED, and all pending deadlines held in abeyance until May 22, 2018, or earlier Order of this Court.

3. On or before May 22, 2018, the parties shall file with the Court a motion for preliminary approval of their settlement and any such other papers as may be necessary for the Court's consideration of that settlement.

SO ORDERED. This 16 day of May 2018.

／＿Dever
JAMES C. DEVER III
Chief United States District Judge