UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-00023-D

| | |
|---|---|
| PHILLIP J. SINGER, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS1 INC., KENNETH REALI, JOSEPH P. SLATTERY, RICHARD RANDALL, and MICHAEL LUETKEMEYER,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Lead Plaintiff Phillip J. Singer ("Lead Plaintiff" or "Plaintiff"), on behalf of himself and all Settlement Class Members, respectfully moves this Court unopposed for an Order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (a) granting preliminary approval to the proposed Settlement; (b) certifying the Settlement Class for settlement purposes; (c) approving the proposed form of Notice and Publication Notice; (d) approving the proposed methods of disseminating notice; (e) setting a date for the Settlement Fairness Hearing; and (f) for such other and further relief as this Court deems just and proper.

Lead Plaintiff is contemporaneously filing a memorandum of law and the Declaration of Jeremy A. Lieberman, with accompanying exhibits annexed thereto, in support of this Motion.

A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement is also submitted herewith.

Dated: May 22, 2018

                                     */s/ Jeremy A. Lieberman*
                                     Jeremy A. Lieberman
                                     Michele S. Carino
                                     **POMERANTZ LLP**
                                     600 Third Avenue, 20th Floor
                                     New York, NY 10016
                                     Telephone: (212) 661-1100
                                     Facsimile: (212) 661-8665

                                     Gary W. Jackson
                                     N.C. State Bar No. 13976
                                     **LAW OFFICES OF JAMES SCOTT FARRIN**
                                     280 S. Mangum St., Suite 400
                                     Durham, NC 27701
                                     Telephone: (919) 226-1913

                                     *Lead Counsel for Plaintiff and the Class*