IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:12-CV-23-D

PHILLIP J. SINGER, Individually and on )
Behalf of All Other Persons Similarly )
Situated )
)
         Plaintiff, )
)
v. )
)
TRANS1, INC., KENNETH REALI, )
JOSEPH P. SLATTERY, RICHARD )
RANDALL, and MICHAEL )
LUETKEMEYER, )
)
         Defendants.

## ORDER CLARIFYING SCHEDULING DEADLINES

Upon joint motion of Lead Plaintiff Phillip J. Singer and Defendants TranS1, Inc., Kenneth Reali, Joseph P. Slattery, Richard Randall, and Michael Luetkemeyer for an Order clarifying certain dates set forth in the Court's Order, entered July 2, 2018 (Dkt. 118), and for good cause shown, the Court hereby Orders as follows:

1.     The joint motion should be and hereby is GRANTED.

2.     All papers in support of final approval of the settlement must be filed by October 29, 2018.

3.     Responses and objections to the settlement, including notices of appearance by any settlement class member wishing to appear at the final approval hearing, must be filed by November 5, 2018.

4.     Replies, if any, must be filed by November 12, 2018.

5. Within five (5) business days after entry of this Order, the Claims Administrator shall post this Order to the settlement claims administration website (https://www.trans1securitiessettlement.com/).

6. No other deadlines set forth in the Preliminary Approval Order shall be altered without permission of this Court.

SO ORDERED. This 5 day of September 2018.

JAMES C. DEVER III
Chief United States District Judge