UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP J. SINGER, Individually and on Behalf of All Other Persons Similarly Situated, ) ) ) Plaintiffs, ) ) v. ) ) TRANS1, INC., KENNETH REALI, JOSEPH P. ) SLATTERY, RICHARD RANDALL, MICHAEL ) LUETKEMEYER, ) ) Defendants. ) | **JUDGMENT IN A CIVIL CASE** CASE NO. 7:12-cv-23-D |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the plaintiffs' motions for final approval of the class action settlement [D.E. 121] and for an award of attorneys' fees, reimbursement of expenses, and a compensatory award to lead plaintiff [D.E. 123].

IT IS FURTHER ORDERED that the plaintiffs claims against the individual defendants were DISMISSED WITH PREJUDICE by order dated 5/14/2015 [D.E. 72].

**This Judgment Filed and Entered on November 19, 2018, and Copies To:**

| | |
|---|---|
| Jeremy A. Lieberman | (via CM/ECF electronic notification) |
| Tamar A. Weinrib | (via CM/ECF electronic notification) |
| Gary W. Jackson | (via CM/ECF electronic notification) |
| Marcus Samuel McGee | (via CM/ECF electronic notification) |
| John F. Cannon | (via CM/ECF electronic notification) |
| Jonathan D. Sasser | (via CM/ECF electronic notification) |
| Stephen L. Ram | (via CM/ECF electronic notification) |
| Aaron C. Humes | (via CM/ECF electronic notification) |
| Thomas Hamilton Segars | (via CM/ECF electronic notification) |

DATE:  
November 19, 2018

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk