UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

PHILLIP J. SINGER, Individually and on )
Behalf of All Other Persons Similarly Situated, )
)
                   Plaintiffs, )    **AMENDED**
)    **JUDGMENT IN A CIVIL CASE**
v. )    **CASE NO. 7:12-cv-23-D**
)
TRANS1, INC., KENNETH REALI, JOSEPH P. )
SLATTERY, RICHARD RANDALL, MICHAEL )
LUETKEMEYER, )
)
                   Defendants. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the plaintiffs' motions for final approval of the class action settlement [D.E. 121] and for an award of attorneys' fees, reimbursement of expenses, and a compensatory award to lead plaintiff [D.E. 123].

IT IS FURTHER ORDERED that this Action is dismissed with prejudice as to the Defendants.

**This Judgment Filed and Entered on November 19, 2018, and Copies To:**

| | |
|---|---|
| Jeremy A. Lieberman | (via CM/ECF electronic notification) |
| Tamar A. Weinrib | (via CM/ECF electronic notification) |
| Gary W. Jackson | (via CM/ECF electronic notification) |
| Marcus Samuel McGee | (via CM/ECF electronic notification) |
| John F. Cannon | (via CM/ECF electronic notification) |
| Jonathan D. Sasser | (via CM/ECF electronic notification) |
| Stephen L. Ram | (via CM/ECF electronic notification) |
| Aaron C. Humes | (via CM/ECF electronic notification) |
| Thomas Hamilton Segars | (via CM/ECF electronic notification) |

DATE: November 28, 2018               PETER A. MOORE, JR., CLERK

                                                   (By) /s/ Nicole Sellers

                                           Deputy Clerk